181139 Fairbones, Inc. v. Peerless Indemnity Insurance Good morning, Your Honors. My name is Richard W. Gannett. I represent the appellants Fairbones, Inc. and Amaral Enterprises, LLC. The appellants respectively request that they be afforded two minutes rebuttal to the oral argument of Peerless Indemnity Insurance Company. You may. Thank you. Would you like to start off, Mr. Gannett, with the jurisdictional question? Sure. And I believe that the appellants have submitted two submissions. Yes, and I've read those submissions, and neither one of them goes to the point. Sure. The statute says that to have complete – you agree that we have to have complete diversity between plaintiffs and defendants. Undoubtedly, Your Honor. To have complete – and you agree that your client, one of your clients, is a Massachusetts corporation. So to have complete diversity on the other side, we have to look at the citizenship of Peerless. Yes. The federal statute says that Peerless is, or any corporation, is a citizen of two states. The state of its incorporation and the state where it maintains its principal place of business. That's the term of my principal place of business. Everything we've got in the record indicates that the principal place of business of Peerless is Massachusetts. That's why we pose the question to you in the first place. Principal place of business is a term that has been defined in case law of this court in the Supreme Court Hertz Corporation case. All right? You have filed materials with us which indicate that Peerless has a place of business in Willamette, Illinois. That's fine, but it doesn't tell us where the principal place of business is. You filed materials indicating that Peerless is in good standing in Illinois. That's fine, but it tells us nothing about the principal place of business. In the materials that you have filed, however, it indicates that Peerless' main office is in Boston, that the corporation's books and records are kept in Boston, that the officers of the corporation are headquartered there, and so on and so forth. All of those are indicia, according to the Supreme Court in Hertz, of a corporation's principal place of business. And you've got the burden of proof to establish the existence of diversity. Indeed. All right. So what is there that we can look at that would indicate, prove, show, that the principal place of business of Peerless is somewhere other than Massachusetts? Well, Your Honor, Your Honors, of the federal court in Massachusetts, both the U.S. District Court, mainly Judge Robertson, and this case has been pending since 2010. I understand that. So I guess today being Thursday, we got an ECF notice Friday midday, as I recall. Right. And I went right to town and I called the Division of Insurance or the Department of Insurance in Springfield, Illinois, where I know it operates, and I asked them to expedite a response because I had a raw argument to it. And they were very nice. I'm not questioning your diligence in that regard. I'm just asking you if you have anything to offer us. In five, in four business days, no, other than what I've submitted. But if there's any inclination that this panel or this court will be dismissing this case without prejudice, I would absolutely indulge Your Honor's permission to brief this issue and, if necessary, conduct some discovery on the issue of where this business runs from. Because I do know... Excuse me. I can't speak for my colleagues, but you understand that this court is not a fact-finding body. No. We're an appellate court. We have... I've been doing this for longer than you want to think about this, Your Honor. And we have, in a couple of instances that I recall which are analogous to this, we have remanded to the district court with directions that the district court conduct such fact-finding. And if that's what you're requesting, that's probably a perfectly reasonable request. I don't want the whole case, because I read the... No, but if what you're saying is that you want time for fact-finding, all right, I'm just telling you that procedurally that's the way to get time for fact-finding, have us remand this case to the district court, which is a tribunal which has a capacity to supervise depositions and do the things that are necessary for fact-finding. I haven't had a chance to chat with my client about that, but rather than outright dismissal, which is what I read in the ECF law, I don't think that's prudent or it's a good use of all of our collective energies and time. So it may make sense, with your honest suggestion, that it's remanded to the U.S. District Court for the District of Massachusetts for some kind of fact-finding to establish this so-called principal place of business. We brought this case in the U.S. District Court in good faith. I reread the file, obviously, and I was reading the transcripts yesterday from Judge Robertson, and she says in those transcripts that it's an Illinois corporation. It is an Illinois corporation, there's no question, but no one focused on the principal place of business. And interestingly, the answer in the case, which was filed years ago on behalf of the defendant, does not admit your allegation that the principal place of business was in Illinois. And the jurisdictional statements filed in this court show clearly the allegation that the principal place of business, or at least its fearless contention, that the principal place of business is Massachusetts. That's what turned us on to this. I'm not trying to say that there isn't some shared responsibility for this, but subject matter jurisdiction is something which is not a waverable defect. It either exists or it doesn't, and if it doesn't, everything that's been done up to now is a nullity, and this court is powerless to do anything except to make certain that this case gets to a tribunal that does have jurisdiction. Okay. I just am not understanding, what do you have for us to rely on that there is jurisdiction right now? Because, I mean, I understand that you might want to do fact finding and everything, but it's not as if there's been some new development that occurred that's created the problem. There was an answer from the get-go identifying the problem. Now, at this stage, yeah, a lot's happened, and maybe none of it should have happened, but I don't fully understand why, just because it wasn't identified earlier, you now, what is it, five years after the answer? When was the answer issued? The answer in this court was filed... No, no, no, the answer to the jurisdictional claim about whether it was an Illinois company or not. Four years ago, I would say. I guess it just seems, it's not as if you're representing that something new has happened, that all of a sudden, when it was clear there was jurisdiction at that time, now there's a dispute as to whether there is, so I'm just... Well, I do do my research, Judge Barron, I do a lot of research, and I have researched other peerless indemnity insurance cases that were in the District of Massachusetts. One that arose, I think, out in Western Mass, as I recall. That actually settled out, and that was pledged as a diversity case. So when I saw that that went through successfully... I'm just saying, we have a record in which there is an answer that there's nothing that disputes it, that suggests that it is not an Illinois corporation, that's a Massachusetts corporation, and I'm just trying to figure out, what do we have now that would lead us to do something other than dismiss? Right now, before you, nothing straight on, but we clearly have a business that's operating in DuPage County, Illinois. So it's operating probably in all 50 states, so that doesn't prove it. I guess what I meant is, there's like a brick and mortar building there, with people that run this business, run this insurance entity there, and it's probable that Governor Pritzker there, and his division of revenue is collecting taxes there. I believe Governor Pritzker believes that it is an ongoing Illinois business, and that's... It is an Illinois corporation, that misses the point. This corporation, I would bet you dollars to donuts, this corporation is paying taxes in all 50 states, and that it has offices, brick and mortar offices in all 50 states. That's the way big insurance companies operate, but it only has one principal place of business, and that is defined by certain criteria. We have a jurisdictional statement that alleges that principal place of business is Boston. You have filed a corporate annual report, which read with reasonable care, indicates that the principal place of business is Boston. And what Judge Barron, I think, is asking you, is do you have anything that indicates that its principal place of business is somewhere else?  Not right now today, Thursday, at this hour. But I'm sure that with discovery, Rule 34, Rule 30, I will develop something that will demonstrate to you that its principal place of business can be determined by a court to be DuPage County. I'm sure I can be able to develop that with certain discovery methods. Thank you, Counselor. Good afternoon to the Court. William Monaghan on behalf of Perilous Indebted Insurance Company. Where is your client's principal place of business, Mr. Monaghan? It's in Boston, Your Honor. And how do we know that? Well, if the Court would indulge me, I would like just to go over a brief chronology, just to address how we got to this point, because I think it will help address the issue. Well, if it goes to the issue of our jurisdiction, yes. Yes. And the point where I'm going with this is I believe I can craft an argument to this Court that there's jurisdiction for this case under 28 U.S.C.A. 1331, as opposed to 1332. This complaint was filed on February 26, 2015. At the time Mr. Gannett filed the complaint, he properly alleged diversity jurisdiction with this Court. Bare Bones was a Mass Corp with a usual place of business in Mass. Amaral was a Mass LLC with the usual place of business in New York. And Perilous, he alleged, was an Illinois Corp with a usual place of business in Illinois. So on its face, the Court had jurisdiction on the complaint. On April 29, 2015, I filed a motion to dismiss on two grounds. One was the prior pending action in Suffolk Superior Court. It was a prior case that my client was brought in on. The second was the Colorado River abstention doctrine. I argued those issues to Judge Robertson, trying to convince Judge Robertson that this case in this Court, in the U.S. District Court, should be dismissed because of the prior pending action in Suffolk. Judge Robertson disagreed with my reasoning with respect to the prior pending action. She concluded with respect to the Colorado River abstention doctrine there were no exceptional circumstances that would cause her to dismiss the case. So she kept jurisdiction of the case. That was in a report and recommendation document that was dated November 10, 2015. I did not object, and on December 9, 2015, Judge Mastroianni adopted Judge Robertson's report and recommendation. So on December 22, 2015, to answer Judge Barron's question as to when the answer was filed in this case was December 22, 2015. And on the same day, I filed the corporate disclosure statement properly identifying, I believe, Perilous as being organized under Illinois. And I learned from my client that their principal place of business was in Massachusetts. But what the Court has to understand is during this period of time,  beginning in November and running right up through February of 2016, when Mr. Gannett alerted me and we had a couple of local rules 7.1A2 conference calls relative to his desire to amend the pleadings. And, in fact, he brought this to Judge Robertson's attention in February of 2016. And in March of 2016, he filed a motion to amend the pleadings. And in the motion to amend the pleadings, he alleged two federal questions. One asserted a claim under Federal Rule of Civil Procedure 57, alleging that Mass General Law is chapter 1. Excuse me. Rule 57 is the declaratory judgment rule, right? Correct. We have held that Rule 57 cannot be the basis for federal court jurisdiction. The second issue is simply a procedural rule, procedural device. I'm just trying to give the Court some background. Okay. Go ahead. But you said this had some relation. Well, the relation was he was alleging that the reference to an appraisal statute in Massachusetts under 17599 violated Article, I'm sorry, the Fifth and Fourteenth Amendments of the U.S. Constitution. He also was seeking to add a count for a class action pursuant to Federal Rule 23. Right. Judge Robertson heard Mr. Gannett's motion to amend the complaint and denied that motion to amend the complaint. That is one of the orders that Mr. Gannett has appealed from. He's never briefed it. Pardon? He hasn't briefed it. There's been no briefing in this Court of the denial of a motion to add a class action count. I understand that. So the issue isn't before us. I mean, I understand. You've won this case, and you're scrambling because you'd like to retain jurisdiction because you think you're ahead. That is correct, Judge. Whereas you could have avoided all this trouble if you simply had moved to dismiss for want of diversity since you presumably knew the principal place of business of your own client. I knew the principal place of business at the time I filed the answer, Judge, but quite frankly, for the want of going back and considering what the thought process was, when Mr. Gannett started introducing Federal questions into the equation, I quite frankly thought – I didn't consider that subject matter jurisdiction would – Let me just understand what the significance of this is for our jurisdiction. So the claim is that by virtue of the amendment, it became a 1331 case? Yes. Well, the amendment was denied. It was denied. But what I'm respectfully suggesting to the court is Mr. Gannett's notice of appeal to this court appealed not only Judge Robertson's finding from peerless on the motion for summary judgment, but he also appealed the court's order denying his motion to amend and the court's order denying his Rule 59. Do you know anything about whether a motion to add a Federal claim that's denied makes the case a Federal case? No, I do not. But I would direct the – It has to make it a Federal case for your argument to have any force, right? That is correct. But again, the timing of this, when I got the order from the court last week sent me scrambling. I would direct the court's attention to the case of Wells Fargo Bank Northwest v. Tockett International, 314 F. Sup. 195. And it discusses the Caterpillar v. Lewis case. It's a Supreme Court case. And it's for the proposition that a district court's error in failing to amend a case improperly removed is not fatal to the ensuing adjudication if Federal jurisdiction requirements and that at the time judgment is entered. And that's what we have in this case. It says in the removal case, though. That's a removal case. Yes, it's a removal. The precedent you've got to deal with is American fiber and finishing, which says clearly that in this circuit, if in a case in which diversity jurisdiction is improminently invoked and there is no other basis for Federal jurisdiction, that that defect is not waivable and the case must be dismissed. But that's what our precedent is. I'm trying to understand something. Right now, since there is no appeal from the judgment of the denial for leave to amend in the sense that there's nothing in the brief, so it's waived to us, the only thing in the case seems to be, the only ground for jurisdiction in the case seems to be diversity jurisdiction. Do you agree with that? Yes. Okay. But your contention is that the decision below, there was diversity jurisdiction at that time. Yes. So your... Was diversity... No, no, I'm sorry, Federal question jurisdiction. Yeah. It was... Federal question, therefore Federal jurisdiction. Maybe I misunderstood your question. For a period of time of whatever, nine months... That ran through the entry of the judgment by the district court? Pardon me? That ran through the entry of the judgment by the district court? As to which the Federal question? Yeah. Yes. If I believe that Judge Robertson's action on the motion to amend... So if I understand the account that you're giving would lead to the conclusion that though we now elect jurisdiction to hear the appeal, there is jurisdiction to leave the judgment in place? Yes. Okay. And that's dependent on the idea that the filing of the motion for leave to amend to add the Federal question claim and the denial of it suffices to ground the jurisdiction of the district court when it entered the judgment that you want to get the benefit of? Yes. But do you not have any authority that tells me anything about that? I do not. And, again, my basis for my argument was it was one of the three orders in the lower court that the appellant appealed from in the notice of appeal, which is a document... Then there's conceptually a real problem. Because even if there is initially something to your argument, once the motion to amend has been denied in the district court and the arguable basis for Federal jurisdiction is gone, the next question has to be, is there any basis for the district court at that point to retain supplementary jurisdiction? That question, of course, was never asked to Judge Robertson. But that's waivable. Well, that may be waivable, but it was never asked to the district court. They have no findings on it. But, I mean, you could say that ship has sailed, but that doesn't create a constitutional jurisdictional problem like you otherwise have. No, it doesn't create a constitutional problem. That's true. Needless to say, since last week, the wheels have been turning with respect to the jurisdiction issue. And it's on the basis that I just discussed to the court that I suggest that there was, in fact, jurisdiction at the time judgment entered. And for the reasons elicited by the Supreme Court in the Claflin case with respect to the time, energy, effort, cost of the parties that has brought us to this point, I respectfully suggest that this court should look to salvage jurisdiction, in this case, wherever possible, for the reasons, again, stated in the Caterpillar case. Thank you. Your Honor, needless to say, I have just heard my brother, Attorney Moynihan, supply a great deal of argument that I have just heard for the first time. There has been no briefs at all written on this. My activity in the few days between the order of last Friday and today was to demonstrate that there is complete diversity. If this panel is considering remanding this matter for fact-finding, then that's fine. If it's considering ending the case or adopting Attorney Moynihan's or Peerless' position that Judge Robertson had jurisdiction to end the case, but there's no jurisdiction here, would eviscerate all rights of appeal. It would be a very odd set of circumstances that there would be no appeal, but there would be a final judgment. No, there wouldn't be a final judgment. If there's a want of jurisdiction, you're looking at dismissal without prejudice. So we're not talking about a final judgment. If I understand it, the argument that your opponent was making is that there was 1331 jurisdiction at the time of judgment. That was denied. The claim that would have created the federal claim was denied. You filed a notice of appeal of that denial, but have abandoned that argument on appeal. So all that you are now appealing is a state law aspect of the judgment. Your opponent represented that might suggest, and I may have prompted this suggestion, he was happy to take it, that the appeal then would lack diversity of jurisdiction. But that could be wrong. It's still an appeal from the district court judgment. If there's 1331 jurisdiction over the judgment, it probably suffices on appeal, even if you only choose to appeal the state law aspects of that judgment. So I guess that leaves the appellants here in somewhat of a quandary, and me in an unknown situation procedurally and substantively. I think it gives you another option for finding jurisdiction besides complete diversity. Okay. In other words, to resubmit a brief. In other words, expand a brief. You're a little ahead of yourself right now. I think at this point all you can do is await some order from the district court. Okay. Obviously what I don't want to do is abridge or dash my client's rights in any manner at all. We've put a lot of work into this. We believe we have a meritorious case, and obviously all we're asking for is a jury trial. That's it. That's all we want, is to have a jury trial and let the jurors figure this all out. Thank you. Thank you very much.